# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Samuel Ochoa Ochoa
                              Plaintiff,

v.                                                    Case No.: 1:25−cv−10865
                                                          Honorable Lindsay C. Jenkins

KRISTI NOEM
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Telephone conference held and continued until October 7, 2025 at 10:00 a.m. Petitioner intends to amend his petition for habeas relief, so an amended petition shall be filed by September 18, 2025. Response due by September 25, 2025; reply due by October 2, 2025. The motion for a TRO [2] is denied without prejudice to refiling. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: 855−244−8681, Access Code: 2302 225 8245. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.