**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Samuel Ochoa Ochoa
                      Plaintiff,

v.                                       Case No.: 1:25−cv−10865
                                             Honorable Lindsay C. Jenkins

KRISTI NOEM
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 3, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The court takes the motion for a TRO under advisement. The October 7, 2025 telephonic status hearing is stricken. The matter is set for a tracking status on October 21, 2025 at 8:30 am (to track the case; no appearance is required). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.