ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Ochoa Ochoa,

Plaintiff(s),

v.

Brandon Crowley, Clay County Jail Commander,

Defendant(s).

Case No. 25 C 10865
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

     which ☐ includes    pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: The court grants Petitioners' petition for writ of habeas corpus.

---

This action was *(check one)*:

☐ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins.

Date:  10/30/2025             Thomas G. Bruton, Clerk of Court

                                   Jackie Deanes, Deputy Clerk